**Order entered May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### IN RE: TODD PRUETT

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

On April 23, 2014, this Court denied as untimely appellant Todd Pruett's motion requesting an extension of time to file a motion for rehearing. On May 13, 2014, appellant filed a motion objecting to our April 23rd order and again seeking an extension of time to file a motion for rehearing. We likewise **DENY** appellant's May 13th motion as untimely. *See* TEX. R. APP. P. 49.8.

/s/    ADA BROWN
        JUSTICE